**Fill in this information to identify the case:**

Debtor name   **TRIONFO 888, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **18-41987 (ESS)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $   **2,500,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $   **8,590.32**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $   **2,508,590.32**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **44,847.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................   $   **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................   +$   **371,007.21**

4. **Total liabilities** ..............................................................................................................   $   **415,854.21**
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TRIONFO 888, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-41987 (ESS) |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                  Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BANK ACCOUNT | Checking | 6365 | $890.32 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                          **$890.32**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   | 7.1. Security Deposits from Apartment 3L - Paige Suarez | $400.00 |
   |---|---|

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                          **$400.00**
   Add lines 7 through 8. Copy the total to line 81.

Debtor  **TRIONFO 888, LLC**  Case number *(If known)* **18-41987 (ESS)**
       Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 4,800.00 | - | 0.00 | = .... | $4,800.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                                   $4,800.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Appliances in Apartments | Unknown | Estimate | $2,500.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

| Debtor | TRIONFO 888, LLC | Case number (If known) | 18-41987 (ESS) |
|---|---|---|---|
| | Name | | |

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.** $2,500.00

    Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  44 Jefferson Avenue, Brooklyn, New York 11206 | Fee | $0.00 | Estimate | $2,500,000.00 |

56.  **Total of Part 9.** $2,500,000.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | TRIONFO 888, LLC | Case number *(If known)* **18-41987 (ESS)** |
|---|---|---|
| | Name | |

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **TRIONFO 888, LLC**  
Name

Case number *(If known)* **18-41987 (ESS)**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $890.32 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $400.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $4,800.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $2,500.00 | |
| 88. | Real property. *Copy line 56, Part 9*...........> | | $2,500,000.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $8,590.32 | + 91b. $2,500,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,508,590.32 |

**Fill in this information to identify the case:**

Debtor name **TRIONFO 888, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **18-41987 (ESS)**

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Gary Sass**<br>Creditor's Name<br><br>**22 Dartmouth Street**<br>**Valley Stream, NY 11581**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Improved Real Property at 44 Jefferson Street, Brooklyn, New York 11206**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44,847.00 | $2,500,000.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $44,847.00

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   TRIONFO 888, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   18-41987 (ESS)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                          Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.82 |
|---|---|---|---|
| | Con Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  0026 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.46 |
|---|---|---|---|
| | DEP/BCS<br>P.O. Box 739055<br>Elmhurst, NY 11373-9055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  7001 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363,475.00 |
|---|---|---|---|
| | Glorimar Crespo<br>c/o Pontisakos & Brandman<br>600 Old Country Road<br>Suite 323<br>Garden City, NY | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  1530 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,927.93 |
|---|---|---|---|
| | NYC Deptartment of Financ<br>PO Box 5070<br>Kingston, NY 12402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | TRIONFO 888, LLC | Case number (if known) | 18-41987 (ESS) |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Thomas Louie<br>44 Jefferson Street<br>Brooklyn, NY 11206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Loans** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | John O'Kelly, Esq<br>127 Bengeyfield Drive<br>Williston Park, NY 11596 | Line 3.3<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Joseph Fucito<br>Sheriff of NYC<br>NYC Office of the Sheriff<br>210 Joralemon St, Rm 909<br>Brooklyn, NY 11201 | Line 3.3<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Pontisakos & Brandman PC<br>600 Old Country Road<br>Suite 323<br>Garden City, NY 11530 | Line 3.3<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 371,007.21 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 371,007.21 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TRIONFO 888, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **18-41987 (ESS)** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for residential apartment; Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | Brennan Wier |
| | List the contract number of any government contract | | 44 Jefferson St, 2R Brooklyn, NY 11206 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for residential apartment; Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | Joseph Burton |
| | List the contract number of any government contract | | 44 Jefferson St, 2L Brooklyn, NY 11206 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial unit; Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | Mr. G's K-9 Service |
| | List the contract number of any government contract | | 44 Jefferson St, 1L Brooklyn, NY 11206 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for residential apartment; Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | Paige Suarez |
| | List the contract number of any government contract | | 44 Jefferson St, 3L Brooklyn, NY 11206 |

| Debtor 1 | **TRIONFO 888, LLC** | | Case number (*if known*) | **18-41987 (ESS)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

■ **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial unit; Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Rotten Island Records**<br>**44 Jefferson St, 1R**<br>**Brooklyn, NY 11206** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for residential apartment; Lessor** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Yelena Teplitskaya**<br>**44 Jefferson St, 3R**<br>**Brooklyn, NY 11206** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name   TRIONFO 888, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   18-41987 (ESS)

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

|     | Name / Mailing Address (Street, City, State, Zip Code) | Name | Check all schedules that apply: |
|-----|--------------------------------------------------------|------|--------------------------------|
| 2.1 |                                                        |      | ☐ D  ☐ E/F  ☐ G                |
| 2.2 |                                                        |      | ☐ D  ☐ E/F  ☐ G                |
| 2.3 |                                                        |      | ☐ D  ☐ E/F  ☐ G                |
| 2.4 |                                                        |      | ☐ D  ☐ E/F  ☐ G                |

# United States Bankruptcy Court
## Eastern District of New York

In re   **TRIONFO 888, LLC**                                      Case No. __18-41987 (ESS)__
_____,
                                    Debtor

Chapter __11__

## Numbered Listing of Creditors

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | Con Edison<br>JAF Station<br>P.O. Box 1702<br>New York, NY 10116-1702 | Unsecured claim | 101.82 |
| 2. | DEP/BCS<br>P.O. Box 739055<br>Elmhurst, NY 11373-9055 | Unsecured claim | 502.46 |
| 3. | Gary Sass<br>22 Dartmouth Street<br>Valley Stream, NY 11581 | Secured claim | 44,847.00 |
| 4. | Glorimar Crespo<br>c/o Pontisakos & Brandman<br>600 Old Country Road<br>Suite 323<br>Garden City, NY | Unsecured claim<br>Disputed | 363,475.00 |
| 5. | NYC Deptartment of Financ<br>PO Box 5070<br>Kingston, NY 12402 | Unsecured claim | 6,927.93 |
| 6. | Thomas Louie<br>44 Jefferson Street<br>Brooklyn, NY 11206 | Unsecured claim | Unknown |

## DECLARATION

I, Thomas Louie, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date __4/27/18__                          Signature _____
                                                        **Thomas Louie**
                                                        **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.