DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue, 34th Floor
New York, NY 10158
(212) 557-7200
(212) 286-1884 (Fax)
David H. Wander, Esq. (dhw@dhclegal.com)
*Proposed Attorneys for Trionfo 888, LLC*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- X

In re:                                            :       Chapter 11

TRIONFO 888, LLC,                                 :       Case No. 18-41987 (ESS)

                                                  :
Debtor and Debtor in Possession.                  :

                                                  :

------------------------------------------------- X

**SUPPLEMENTAL AFFIRMATION BY DAVID WANDER, ESQ. IN
SUPPORT OF DEBTOR'S APPLICATION TO RETAIN
<u>BANKRUPTCY COUNSEL</u>**

DAVID H. WANDER, an attorney admitted to practice law before this Court, does affirm, under penalty of perjury:

1. I am a partner with Davidoff Hutcher & Citron LLP ("<u>DHC</u>" or "<u>Firm</u>"), and I make this supplemental affirmation to support the application by Trionfo 888, LLC (the "<u>Debtor</u>") to retain the Firm as its bankruptcy counsel, at the request of the United States Trustee ("<u>UST</u>"), in response to the Debtor's retention application and related papers. I am fully familiar with the facts set forth below.

2. Because the Debtor's application to retain the Firm was not timely filed, the proposed *nunc pro tunc* retention of the Firm has been changed from April 10, 2018 to May 10, 2018, at the request of the UST.

3. The Firm will not charge for any overhead expenses or secretarial overtime.

627642v.1

2

4. If the Firm requests any bonus or premium in a fee application, such request will be accompanied by detailed, comprehensive, separate identification and justification.

5. If the Firm's billing rates are adjusted, notice of such changes shall be provided in writing to the Court and the UST.

6. The source of funds for the Firm's retainer was the Debtor.

7. Annexed as **Exhibit A** is a revised, proposed retention Order that has been reviewed and approved by the U.S. Trustee's Office.

Dated: New York, New York
September 14, 2018

/s/ David H. Wander
David H. Wander